E-FILED
Tuesday, 24 March, 2026 12:16:49 PM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

United States of America

V.

Jason Helems

FILED
3/24/2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## EXHIBIT AND WITNESS LIST

Case Number: 24-cr-10036-001

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael M. Mihm | AUSA Melissa Ortiz and Matt Weir | CJA Attorney Sharbel Rantisi |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/23/2026 - 03/24/2026 | J. Johnson | Dan Wilder |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/23/2026 | | | *Charles "Cody" Wilson |
| | | 3/23/2026 | | | *Marcus Eder |
| 1A | | 3/23/2026 | | X | Clips from Helicopter Footage |
| | | 3/23/2026 | | | *Brian Moore |
| | | 3/23/2026 | | | *Jeff Stolz |
| 3 | | 3/23/2026 | | X | Photos (1 and 2) |
| 2 | | 3/23/2026 | | X | Duffel Bag (Black and Green) |
| 8 | | 3/23/2026 | | X | 37 Kilos of Packaged Cocaine (substituted for photo) |
| | | 3/23/2026 | | | *Albert Holocker |
| 4B | | 3/23/2026 | | X | Still photo of Parking Lot with annotation |
| 7 | | 3/23/2026 | | X | Photographs |
| 5 | | 3/23/2026 | | X | Green Duffel Bag |
| 6 | | 3/23/2026 | | X | Black Duffel Bag |
| | | 3/23/2026 | | | *Sean Johnson |
| 9A | | 3/23/2026 | | X | Body Cam Footage |
| | | 3/24/2026 | | | *James Keagan Robinson |
| 11 | | 3/24/2026 | | X | Pictures of Kilograms of Cocaine and Other Items |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.