E-FILED
Tuesday, 09 June, 2026 05:04:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
JUN 09 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON HELEMS,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 24-10036<br>)<br>)<br>)<br>) |

**STIPULATION OF TESTIMONY FOR ASHLEY DOUGLAS**

It is hereby stipulated and agreed by the United States of America by Gregory M. Gilmore, Acting United States Attorney for the Central District of Illinois, and the defendant, Jason Helems, that:

Ashley Douglas is a Lowe's Senior Asset Protection and Safety Manager in Peoria, Illinois. Ms. Douglas provided law enforcement with a copy of video surveillance occurring on February 11, 2023, at the Lowe's parking lot located in Peoria, Illinois, which is marked Government Exhibit 4.

If called to testify, Ms. Douglas would state that she was asked by DEA Task Force Officer David Logan on February 15, 2023, for a copy of the Lowe's exterior parking lot surveillance video from

February 11, 2023, between the hours of 6:00 p.m. and 7:00 p.m.

On February 20, 2023, she provided DEA TFO Logan with a true and accurate copy.

Agreed:

Redacted

Matthew Z. Weir
Assistant United States Attorney

Redacted

Sharbel A. Rantisi
Attorney for Jason Helems

Redacted

Melissa Ortiz
Assistant United States Attorney