E-FILED
Tuesday, 09 June, 2026 05:09:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
JUN 0 9 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 24-10036
)
JASON HELEMS, )
)
Defendant. )

**STIPULATION OF TESTIMONY FOR WILLIAM WICHERT**

It is hereby stipulated and agreed by the United States of America by Gregory M. Gilmore, Acting United States Attorney for the Central District of Illinois, and the defendant, Jason Helems, that:

If called to testify, William R. Wichert would states that he is a Forensic Chemist with the Drug Enforcement Administration North Central Laboratory in Chicago, Illinois. Mr. Wichert examined Government Exhibit 8 in the course of his employment. During his examination, Mr. Wichert applied all the proper scientific methods and procedures commonly used and accepted in the scientific community relating to the examination of controlled substances. As a result of his examination, Mr. Wichert determined that the

substance contained in Government's Exhibit 8 contained 37.17 kilograms of cocaine, a Schedule II Controlled Substance.

Agreed:

Redacted

Matthew Z. Weir
Assistant United States Attorney

Redacted

Melissa Ortiz
Assistant United States Attorney

Redacted

Sharbel A. Rantisi
Attorney for Jason Helems