E-FILED
Wednesday, 10 June, 2026 11:35:07 AM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

United States of America

V.

Jason Helems

FILED
06/10/2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-cr-10036-MMM-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael M. Mihm | AUSAs Melissa Ortiz and Matthew Weir | CJA Attorney Sharbel A Rantisi |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 06/09/2026 - 6/10/2026 | J. Johnson | Dan Wilder |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/9/2026 | | | *Cody Wilson |
| | | 6/9/2026 | | | *Marcus Eder |
| 1 | | 6/9/2026 | | X | Helicopter!Footage |
| 1A | | 6/9/2026 | | X | Helicopter Footage - Clip |
| | | 6/9/2026 | | | *Brian Moore |
| | | 6/9/2026 | | | *Jeff Stolz |
| 3 | | 6/9/2026 | | X | Photographs of Bags |
| 2 | | 6/9/2026 | | X | Duffel Bag (Green/Black) |
| | | 6/9/2026 | | | *Albert Holocker |
| 4 | | 6/9/2026 | | X | Lowe's!Surveillance!Video |
| 4A | | 6/9/2026 | | X | Lowe's Surveillance Video - Clip |
| 4B | | 6/9/2026 | | X | Screenshots from Exhibit 4 |
| 7 | | 6/9/2026 | | X | Photographs taken by Albert Holocker |
| 5 | | 6/9/2026 | | X | Duffel Bag (Green/Black) |
| 6 | | 6/9/2026 | | X | Duffel Bag (Black) |
| 8 | | 6/9/2026 | | X | Cocaine (37 Kilos) |
| | | 6/10/2026 | X | X | Court's Exhibit 1 - DEA Form 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.