E-FILED
Friday, 10 July, 2026 04:51:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| v. | ) | Case No. 24-cr-10036 |
| JASON HELEMS,<br>Defendant. | ) | |

## NOTICE TO COURT

NOW COMES the defendant, JASON HELEMS, by and through his attorney, Sharbel A. Rantisi of RANTISI LAW LLC, and states the following in support of this Notice:

1. On July 1, 2026, the Court ordered the defense to file a Notice informing the Court as to whether there will be a stipulation or witness testimony as it relates to the Defendant's pending Motion to Dismiss.
2. The Motion to Dismiss was filed on June 29, 2026 (dkt #88), and a Supplement to the Motion to Dismiss was filed on July 8, 2026 (dkt #92). A hearing is scheduled for June 20, 2026, at 1:00 pm.
3. At this time, the parties are unable to agree on a stipulation. As such, the defense intends to present witness testimony at the upcoming hearing.
4. The parties will continue discussions and try to reach an agreement, and if an agreement is reached, defense counsel will file a second Notice to inform the Court of the same.

Respectfully submitted,

DATE: 7/10/2026

JASON HELEMS, Defendant
/s/ Sharbel A. Rantisi
Attorney for Defendant
4812 N. Prospect Road
Peoria Heights, Illinois 61616
Telephone: (309) 285-0424
Facsimile: (309) 285-8870
srantisi@gmail.com

THIS DOCUMENT PREPARED BY:

Sharbel A. Rantisi, Rantisi Law LLC
Attorney for Jason Helems
4812 N. Prospect Road
Peoria Heights, IL 61616
Phone: (309) 285-0424
Facsimile: (309) 285-8870
srantisi@gmail.com
rantisiparalegal@gmail.com
Attorney No.: 6293608

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Z. Weir
U.S. Attorney's Office
318 South 6th Street
Springfield, IL 62701
Matthew.Weir@usdoj.gov

Melissa Ortiz
U.S. Attorney's Office
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, IL 61602
Melissa.Ortiz@usdoj.gov

Douglas McMeyer
U.S. Attorney's Office
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
douglas.mcmeyer@usdoj.gov

/s/ Sharbel A. Rantisi
Attorney for Defendant
4812 N. Prospect Road
Peoria Heights, Illinois 61616
Telephone: (309) 285-0424
Facsimile: (309) 285-8870
srantisi@gmail.com