E-FILED
Wednesday, 15 July, 2026 06:00:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-cr-10036 |
| | ) | Honorable Michael M. Mihm |
| JASON HELEMS and | ) | United States District Judge |
| EDU RETEGUIN, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE SEALED EXHIBIT**

In its response to the defendant Jason Helems's motion to dismiss the indictment, the United States has cited to a case agent report containing sensitive information related to a law enforcement investigation. The government respectfully requests leave of the Court to file this document under seal in the above-captioned case.

Respectfully submitted,

GREGORY M. GILMORE
*United States Attorney*

By: /s/ Katherine V. Boyle
*Assistant United States Attorney*
*Office of the United States Attorney*
*201 S. Vine Street, Suite 226*
*Urbana, Illinois 61802*
*(217) 373-5875*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Katherine V. Boyle
*Assistant United States Attorney*