E-FILED
Thursday, 20 August, 2026 04:52:40 PM
Clerk, U.S. District Court, ILCD

On Count Two, can you clarify if defendent needed to know if the substance was cocaine or not?
Reffering to page 19

Redacted

FILED
AUG 2 0 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The Jury
From: Judge Mihm

In answer to your question
the defendant needed to know the substance was some kind of a controlled substance.
The government is not required to prove that the defendant knew the substance was cocaine.

FILED
AUG 2 0 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS