E-FILED
Thursday, 20 August, 2026 05:27:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 24-10036 |
| JASON HELEMS, | ) | |
| Defendant. | ) | |

FILED
AUG 2 0 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**VERDICT**

We, the jury, find the defendant, JASON HELEMS,

Not Guilty of the offense of possession with the
*(Guilty or Not Guilty)*

intent to distribute a substance containing cocaine as charged in Count One of the indictment.

DATE: 8/20/2026

Redacted Redacted

Redacted Redacted

Redacted Redacted

Redacted Redacted

Redacted Redacted

Redacted Redacted
FOREPERSON

If you find the defendant guilty of the offense of possession with the intent to distribute a substance containing cocaine as charged in Count One of the indictment, you must then determine the amount of the substance containing cocaine the government has proven was involved in the offense. You should consider this question only if you have found that the government has proven the defendant guilty of the offense as charged in Count One of the indictment.

Please answer the following question:

Did the government prove beyond a reasonable doubt that the amount of substance containing cocaine involved in the offense was 5 or more kilograms?

Yes: _____ No: _____

DATE: ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________
FOREPERSON

If you answer the first question "No," then you must answer the next question. That question asks you to determine whether the government has proven beyond a reasonable doubt that the offense involved 500 grams or more of a substance containing cocaine. If you find that the government has proven beyond a reasonable doubt that the offense involved 500 grams or more of a substance containing cocaine, then you should answer the second question "Yes." If you find that the government has not proven beyond a reasonable doubt that the offense you are considering involved 500 grams or more of a substance containing cocaine, then you should answer "No."

Yes: _____ No: _____

DATE: ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________
FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 24-10036 |
| JASON HELEMS, | ) | |
| Defendant. | ) | |

FILED
AUG 2 0 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VERDICT

We, the jury, find the defendant, JASON HELEMS, Not Guilty of the offense of conspiracy to distribute
*(Guilty or Not Guilty)*

a substance containing cocaine as charged in Count Two of the indictment.

DATE: 8/20/2026

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

FOREPERSON

If you find the defendant guilty of the offense of conspiracy to distribute a substance containing cocaine as charged in Count Two of the indictment, you must then determine the amount of substance containing cocaine the government has proven was involved in the offense. You should consider this question only if you have found that the government has proven the defendant guilty of the offense as charged in Count Two of the indictment.

Please answer the following question:

Did the government prove beyond a reasonable doubt that the amount of substance containing cocaine involved in the offense was 5 or more kilograms?

Yes: _____ No: _____

DATE: ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

FOREPERSON

If you answer the first question "No," then you must answer the next question. That question asks you to determine whether the government has proven beyond a reasonable doubt that the offense involved 500 grams or more of a substance containing cocaine. If you find that the government has proven beyond a reasonable doubt that the offense involved 500 grams or more of a substance containing cocaine, then you should answer the second question "Yes." If you find that the government has not proven beyond a reasonable doubt that the offense you are considering involved 500 grams or more of a substance containing cocaine, then you should answer "No."

Yes: _____ No: _____

DATE: ______________________________

______________________ ______________________

______________________ ______________________

______________________ ______________________

______________________ ______________________

______________________ ______________________

______________________ ______________________

FOREPERSON