FILED
E-FILED
Thursday, 20 August, 2026 05:30:37 PM
Clerk, U.S. District Court, ILCD
AUG 2 0 2026

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

Jason Helems

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 24-cr-10036-001

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Michael M. Mihm

Signature of Judge

Michael M. Mihm — U.S. District Judge

Name of Judge — Title of Judge

8/20/2026

Date