E-FILED
Friday, 21 August, 2026 04:16:50 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA

vs. Case No. 24-10036

JASON HELEMS

## ORDER

This cause is before the Court on Defendant's [D. 133] Motion to Release Seized Passport.

On August 20, 2026, Defendant was found not guilty. The Clerk's Office received Defendant's passport on September 18, 2024, and the passport remains in the Court's possession.

Defendant's [133] Motion is GRANTED. Ergo, the Clerk is DIRECTED to return Defendant's passport to the Defendant. Defendant may obtain his passport in person on or after August 21, 2026, from the U.S. District Court, Clerk's Office, 100 N.E. Monroe St., Peoria, Illinois.

DATED: August 21, 2026

s/ Michael M. Mihm
Michael M. Mihm
UNITED STATES DISTRICT JUDGE