E-FILED
Monday, 31 August, 2026 10:09:16 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

FILED
AUG 24 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: 24-CR-10036
USA v. Jason Helems

## Return of Passport Receipt

I acknowledge receipt of the below listed passport and by signing I confirm I have taken possession of the specified item.

redacted

Received and acknowledged by: ______________________

Date: 8/24/26

I acknowledge that I personally witnessed the above individual take possession of the item below.

redacted

Witness (Clerk's Office Employee): ______________________

Date: 8-24-2026

| Passport Description |
|---|
| U.S. Passport of Jason Helems |
| |
| |
| |